JS-6

| | |
|---|---|
| 1 | **MCFARLIN LLP** |
|   | Timothy G. McFarlin (State Bar No. 223378) |
| 2 | Email: tim@mcfarlinlaw.com |
|   | Jarrod Y. Nakano (State Bar No. 235548) |
| 3 | Email: jarrod@mcfarlinlaw.com |
|   | Hayden T. Traver (State Bar No. 317428) |
| 4 | Email: hayden@mcfarlinlaw.com |
|   | 4 Park Plaza, Suite 1025 |
| 5 | Irvine, California 92614 |
|   | Telephone: (949) 544-2640 |
| 6 | Fax: (949) 336-7612 |

Attorneys for Plaintiff
GUY FAIRON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUY FAIRON, an Individual, | Case No.: 8:18-cv-01362-DOC-DFM |
| Plaintiff, | Judge: Hon. David O. Carter |
|   | Dept: 9D |
| v. |   |
| STARBUCKS #6576, a business of unknown form; MANA INVESTMENT COMPANY, LLC, a California limited liability company; and Does 1-10, Inclusive, | **ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [18]** |
| Defendants. |   |

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION.

1. WHEREAS, Defendant STARBUCKS #6576 ("STARBUCKS") on one hand, and Plaintiff GUY FAIRON ("FARION") on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by FAIRON in this action shall be dismissed with prejudice, each party to bear their own costs and attorney's fees; and

2. WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

3. IT IS HEREBY ORDERED that all claims and demands asserted by FAIRON in this action shall be and hereby are dismissed.

4. IT IS HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: November 19, 2018

UNITED STATES DISTRICT COURT

By: *David O. Carter*

Hon. David O. Carter